Greg O'TOOLE, Appellant,

v.

The FIRST NATIONAL BANK
OF GIRARD, KANSAS,
Respondent.

No. ED 97040.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 27, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 10, 2012.

Alan G. Kimbrell, Ballwin, MO, for appellant.

Jason S. Leiker, Kansas City, MO, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., LAWRENCE E.
MOONEY, J., and KENNETH M.
ROMINES, J.

### ORDER

PER CURIAM.

In this malicious-prosecution action, plaintiff Greg O'Toole appeals from the trial court's grant of summary judgment in favor of defendant The First National Bank of Girard, Kansas. We have reviewed the parties' briefs and the record on appeal and find no error of law. An opinion would have no precedential value. We have provided the parties with a memorandum, for their information only, set-ting forth the reasons for our decision. We affirm. Rule 84.16(b)(5).